1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEE COX, | 1:08-CV-00560 OWW SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #4] |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| WARDEN VASQUEZ, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 9, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED as successive.  The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On May 21, 2008, Petitioner filed objections to the Findings and Recommendation. Petitioner

1   claims he should be allowed to proceed because he presents new and different claims from his prior

2   petition. His arguments are without merit. As stated by the Magistrate Judge, the Court must dismiss

3   a second or successive petition raising a new ground if Petitioner makes a proper showing under 28

4   U.S.C. § 2244(b)(2)(A-B), *after he has obtained leave from the Ninth Circuit* pursuant to

5   § 2244(b)(3)(A). See Felker v. Turpin, 518 U.S. 651, 656-657 (1996). Petitioner has not obtained

6   leave from the Ninth Circuit. Therefore, the petition must be dismissed.

7        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

8   *novo* review of the case.  Having carefully reviewed the entire file and having considered the

9   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

10  supported by the record and proper analysis, and there is no need to modify the Findings and

11  Recommendations based on the points raised in the objections.

12       A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

13  district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

14  El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

15  a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

16       (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
     district judge, the final order shall be subject to review, on appeal, by the court
17   of appeals for the circuit in which the proceeding is held.

18       (b) There shall be no right of appeal from a final order in a proceeding to test the
     validity of a warrant to remove to another district or place for commitment or trial
19   a person charged with a criminal offense against the United States, or to test the
     validity of such person's detention pending removal proceedings.
20

     (c)      (1) Unless a circuit justice or judge issues a certificate of appealability, an
21          appeal may not be taken to the court of appeals from–

22              (A) the final order in a habeas corpus proceeding in which the
              detention complained of arises out of process issued by a State
23          court; or

24              (B) the final order in a proceeding under section 2255.

25       (2) A certificate of appealability may issue under paragraph (1) only if the
     applicant has made a substantial showing of the denial of a constitutional right.
26

     (3) The certificate of appealability under paragraph (1) shall indicate which
27   specific issue or issues satisfy the showing required by paragraph (2).

28       If a court denies a petitioner's petition, the court may only issue a certificate of appealability

1   "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

2   that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

3   further." <u>Miller-El</u>, 123 S.Ct. at 1034; <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  While the

4   petitioner is not required to prove the merits of his case, he must demonstrate "something more than

5   the absence of frivolity or the existence of mere good faith on his . . . part." <u>Miller-El</u>, 123 S.Ct. at

6   1040.

7       In the present case, the Court finds that reasonable jurists would not find the Court's

8   determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

9   deserving of encouragement to proceed further.  Petitioner has not made the required substantial

10  showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

11  certificate of appealability.

12      Accordingly, IT IS HEREBY ORDERED that:

13      1. The Findings and Recommendation issued May 9, 2008, is ADOPTED IN FULL;

14      2. The Petition for Writ of Habeas Corpus is DISMISSED;

15      3. The Clerk of Court is DIRECTED to enter judgment; and

16      4. The Court DECLINES to issue a certificate of appealability.

17  IT IS SO ORDERED.

18  **Dated:    May 30, 2008**                     <u>/s/ Oliver W. Wanger</u>
                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28